IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> GREGORY L. MILLER and ) <br> PATRICIA D. MILLER, ) <br> ) <br> Defendants. ) <br> ) | Case No.  3:18-cv-179-TBR |

## COMPLAINT FOR FEDERAL TAXES

Plaintiff, the United States of America, at the request of the Chief Counsel of the Internal Revenue Service, a delegate of the Secretary of the Treasury, and at the direction of the Attorney General of the United States, brings this action to collect the federal taxes assessed against Gregory L. Miller and Patricia D. Miller for tax years 2000 through 2006, 2008 through 2010, and 2014 through 2016.  In support of this Complaint, the United States alleges as follows:

### JURISDICTION & VENUE

1. The Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1340 and 1345, and 26 U.S.C. § 7402.

2. Venue is proper in this district pursuant to 28 U.S.C. §§ 1391(b) and 1396.

### PARTIES

3. Plaintiff is the United States of America.

4. Defendant, Gregory L. Miller, resides within the jurisdiction of this Court in Upton, Kentucky.  He is named as a defendant because all of the federal tax liabilities at issue were assessed, either jointly or individually, against him.

5. Defendant, Patricia D. Miller, resides within the jurisdiction of this Court in Upton, Kentucky. She is named as a defendant because she is one of the taxpayers against whom the federal income tax liabilities for 2000 through 2006, and 2014 through 2016 were jointly assessed.

### COUNT I: REDUCE FEDERAL INCOME TAX ASSESSMENTS TO JUDGMENT
*Against Gregory L. Miller*

6. The United States incorporates paragraphs 1 through 5 by reference, as if fully set forth herein.

7. A delegate of the Secretary of the Treasury properly and timely made assessments against Gregory Miller for unpaid federal income (Form 1040) taxes, as reflected below.

| Tax Year | Date of Assessment | Amount of Assessment | Outstanding Balance as of 3/19/2018 |
|---|---|---|---|
| 2008 | 8/17/2015 | $12,733.00 | $25,242.75 |
| 2009 | 8/17/2015 | $26,452.00 | $49,722.68 |
| 2010 | 8/17/2015 | $7,306.00 | $12,646.68 |
| **Total Amount Due** | | | **$87,612.11** |

8. A delegate of the Secretary of the Treasury gave Gregory Miller notice and demand for payment of the tax assessments described in paragraph 7, above.

9. Statutory additions to tax, including interest and penalties, have accrued and will continue to accrue on the unpaid balance of the assessments described in paragraph 7, above.

10. Despite notice and demand for payment, Gregory Miller has failed to pay the United States the full amount of the assessments and the statutory additions to tax assessed against him for the taxable years set forth in paragraph 7, above.

11. By reason of the foregoing tax assessments, Gregory Miller is indebted to the United States in the amount of $87,612.11 as of March 19, 2018, plus statutory additions to tax that will continue to accrue on the unpaid balance until paid in full.

### COUNT II: REDUCE FEDERAL INCOME TAX ASSESSMENTS TO JUDGMENT
*Against Gregory L. Miller and Patricia D. Miller*

12. The United States incorporates paragraphs 1 through 11 by reference, as if fully set forth herein.

13. In accordance with their sworn federal income tax returns, a delegate of the Secretary of the Treasury properly and timely made assessments against Gregory and Patricia Miller for unpaid federal income (Form 1040) taxes, as reflected below.

| Tax Year | Date of Assessment | Amount of Assessment | Outstanding Balance as of 3/19/2018 |
|---|---|---|---|
| 2000 | 1/4/2010 | $4,778.00 | $14,783.36 |
| 2001 | 12/14/2009 | $12,347.00 | $33,019.40 |
| 2002 | 5/12/2008 | $13,427.00 | $35,477.85 |
| 2003 | 5/12/2008 | $41,398.00 | $21,998.25 |
| 2004 | 4/14/2008 | $74,253.00 | $23,806.43 |
| 2005 | 5/5/2008 | $21,701.00 | $22,351.44 |
| 2006 | 4/24/2017 | $22,401.00 | $49,557.94 |
| 2014 | 5/2/2016 | $17,720.00 | $15,435.19 |
| 2015 | 8/28/2017 | $6,341.00 | $4,134.15 |
| 2016 | 6/26/2017 | $21,994.00 | $13,869.83 |
| **Total Amount Due** | | | **$234,433.84** |

14. A delegate of the Secretary of the Treasury gave Gregory and Patricia Miller notice and demand for payment of the tax assessments described in paragraph 13, above.

15. Statutory additions to tax, including interest and penalties, have accrued and will continue to accrue on the unpaid balance of the assessments set forth in paragraph 13, above.

16.     Despite notice and demand for payment, Gregory and Patricia Miller have failed to pay the United States the full amount of the assessments and the statutory additions to tax assessed against them for the taxable years set forth in paragraph 13, above.

17.     By reason of the foregoing tax assessments, Gregory and Patricia Miller are indebted to the United States in the amount of $234,433.84 as of March 19, 2018, plus statutory additions to tax that will continue to accrue on the unpaid balance until paid in full.

WHEREFORE, the United States of America respectfully prays that the Court:

A.      As to Count I, enter judgment in favor of the United States and against the Defendant, Gregory L. Miller, for the unpaid balance of the federal income tax assessments described in paragraph 7, above, in the amount of $87,612.11 as of March 19, 2018, together with all interest and penalties that will continue to accrue after that date until paid in full;

B.      As to Count II, enter judgment in favor of the United States and against the Defendants, Gregory L. Miller and Patricia D. Miller, for the unpaid balance of the federal income tax assessments described in paragraph 13, above, in the amount of $234,433.84 as of March 19, 2018, together with all interest and penalties that will continue to accrue after that date until paid in full;

C.      Award the United States its attorneys' fees and costs incurred in prosecuting this action; and

D. Grant the United States such other relief as it deems just and proper.

Dated: March 22, 2018

RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

*/s/ Matthew B. Miller*
MATTHEW B. MILLER
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227
Washington, D.C.  20044
202-616-3448 (v)
202-514-6866 (f)
Matthew.B.Miller@usdoj.gov

JS 44   (Rev. 07/16)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
United States of America

**DEFENDANTS**
Gregory L. Miller and Patricia D. Miller

**(b)** County of Residence of First Listed Plaintiff: 
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: **Hardin**
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Matthew B. Miller, U.S. Department of Justice, Tax Division, P.O. Box 227, Washington, DC 20044; (202) 616-3448

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [X] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [ ] 3 Federal Question *(U.S. Government Not a Party)*
- [ ] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability / ☐ 367 Health Care/Pharmaceutical Personal Injury Product Liability |  | **PROPERTY RIGHTS** | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander |  | ☐ 820 Copyrights | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability / ☐ 368 Asbestos Personal Injury Product Liability |  | ☐ 830 Patent | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine |  | ☐ 840 Trademark | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability / **PERSONAL PROPERTY** | **LABOR** | **SOCIAL SECURITY** | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 862 Black Lung (923) | ☐ 480 Consumer Credit |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice / ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 864 SSID Title XVI | ☐ 850 Securities/Commodities/Exchange |
| ☐ 196 Franchise |  | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 791 Employee Retirement Income Security Act | **FEDERAL TAX SUITS** | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights / **Habeas Corpus:** |  | ☒ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 441 Voting / ☐ 463 Alien Detainee |  | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment / ☐ 510 Motions to Vacate Sentence |  |  | ☐ 896 Arbitration |
| ☐ 240 Torts to Land | ☐ 443 Housing/Accommodations / ☐ 530 General |  |  | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment / ☐ 535 Death Penalty | **IMMIGRATION** |  | ☐ 950 Constitutionality of State Statutes |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other / **Other:** ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application |  |  |
|  | ☐ 448 Education / ☐ 550 Civil Rights | ☐ 465 Other Immigration Actions |  |  |
|  | ☐ 555 Prison Condition |  |  |  |
|  | ☐ 560 Civil Detainee - Conditions of Confinement |  |  |  |

## V. ORIGIN *(Place an "X" in One Box Only)*

- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
26 U.S.C. 7401

Brief description of cause:
Suit to reduce federal income tax assessments to judgment

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

**DEMAND $** 322,045.95

CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☐ Yes ☒ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions)*
JUDGE: 
DOCKET NUMBER:

DATE: 03/22/2018

SIGNATURE OF ATTORNEY OF RECORD: /s/ Matthew B. Miller

**FOR OFFICE USE ONLY**

RECEIPT #          AMOUNT          APPLYING IFP          JUDGE          MAG. JUDGE

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Kentucky

| | |
|---|---|
| United States of America <br><br> *Plaintiff(s)* <br> v. <br> Gregory L. Miller and <br> Patricia D. Miller <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Gregory L. Miller
2633 Upton Road
Upton, KY 42784


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Matthew B. Miller
U.S. Department of Justice, Tax Division
P.O. Box 227
Ben Franklin Station
Washington DC 20044


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.


*CLERK OF COURT*

Date: _____            _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.


Date: _____
                                                            _____
                                                            *Server's signature*

                                                            _____
                                                            *Printed name and title*

                                                            _____
                                                            *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Kentucky

| United States of America | ) |
|---|---|
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. |
| Gregory L. Miller and Patricia D. Miller | ) |
| *Defendant(s)* | ) |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Patricia D. Miller
2633 Upton Road
Upton, KY 42784

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Matthew B. Miller
U.S. Department of Justice, Tax Division
P.O. Box 227
Ben Franklin Station
Washington DC 20044

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____      _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: